UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.   5:03-cr-39-Oc-10GRJ
                 5:03-cr-40-Oc-10GRJ

DEBBIE ALLIJI
_____/

**O R D E R**

On December 17, 2004, the Court revoked the Defendant's supervised release and sentenced the Defendant to a term of imprisonment of nine (9) months.[1] This case is presently before the Court for consideration of the Defendant's "Motion to Request Change in Sentence Structure."[2]

The Defendant's motion recites that because of "extenuating circumstances," the Defendant requests the Court to reconsider the terms of her sentence. In particular, the Defendant states that she is the mother of two young children, one of whom is a liver transplant recipient and has post-transplant lympho-proliferative disease. Because of her child's illness, the Defendant requests that she be allowed to complete the rest of her sentence under home confinement conditions. The Defendant has provided the Court with a letter from a nurse at the University of Miami School of Medicine who confirms the

---

[1] See Doc. 21 in case number 5:03-cr-39-Oc-10GRJ and Doc. 18 in case number 5:03-cr-40-Oc-10GRJ.

[2] See Doc. 33 in case number 5:03-cr-39-Oc-10GRJ and Doc. 28 in case number 5:03-cr-40-Oc-10GRJ.

condition of the Defendant's child and requests that "special consideration" be given to the Defendant who "has been a positive influence in her daughter's life and provided a very important role as her care giver both medically and emotionally." Additionally, the Defendant has provided a letter from her pastor in support of her request.

The Defendant's sentence may only be modified pursuant to the provisions of 18 U.S.C. § 3582(c).[3] The Defendant has not demonstrated that she is entitled to have her

---

[3]The statute provides that:

> The court may not modify a term of imprisonment once it has been imposed except that--
> (1) in any case--
> (A) the court, upon motion of the Director of the Bureau of Prisons, may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that--
> (i) extraordinary and compelling reasons warrant such a reduction; or
> (ii) the defendant is at least 70 years of age, has served at least 30 years in prison, pursuant to a sentence imposed under section 3559(c), for the offense or offenses for which the defendant is currently imprisoned, and a determination has been made by the Director of the Bureau of Prisons that the defendant is not a danger to the safety of any other person or the community, as provided under section 3142(g); and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission; and
> (B) the court may modify an imposed term of imprisonment to the extent otherwise expressly permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure; and
> (2) in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after
> (continued...)

sentence modified under these provisions. Accordingly, the Defendant's "Motion to Request Change in Sentence Structure" is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 31st day of May, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   United States Attorney
United States Marshal
United States Probation Office
U.S. Pretrial Services Office
Counsel of Record
Maurya McSheehy, Courtroom Deputy
Debbie Alliji

---

[3](...continued)
considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.